**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00629-CR

### VINCENT REED MCCAULEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB13-45533-K**

## ORDER

The Court **GRANTS** appellant's August 25, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief **on or before September 15, 2015**.

/s/    ADA BROWN
          JUSTICE